**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TRISTEN LAMONS** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 25-480-SDD-EWD** |
| **VERSUS** | * | |
| | * | **CHIEF JUDGE SHELLY D. DICK** |
| | * | |
| **MASTER SGT. OCTAVIA THOMPSON, ET AL** | * * | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**********************************************************************************

**STATEMENT OF UNDISPUTED FACTS**

1. On March 24, 2025, Plaintiff filed a Complaint under 42 U.S.C. § 1983 against Master Sergeant Octavia Thompson; Lieutenant Malik Haynes; Master Sergeant Kimmy Shropshire; Master Sergeant Jermaine Granger; Lieutenant Colonel Marcus Harris; Captain Casey Cooley; Major Michael Howard; Colonel Ricky Williams; Lieutenant Colonel Alivin Matthews; Colonel Frazier Bendily; Master Sergeant Janiequa Jackson; Dixon Correctional Institute, through Keithe Turner, Warden; Dan. J. Lafleur, M.D; Keithe Turner, in his capacity as Warden of Dixon Correctional Institute; and Louisiana Department of Public Safety and Corrections ("LADPS&C"), On Behalf of Dixon Correctional Institute. [1]

2. Defendants, LADPS&C and Warden Keithe Turner, subsequently submitted a Notice of Removal on June 4, 2025, removing the case to the Middle District pursuant to 28 U.S.C. §1441.[2]

[1] Rec. Doc. 1-3. (Civil Action No. C-48571, Section "A").
[2] Rec. Doc. 1.

3. Plaintiff filed a First Amended Complaint on July 21, 2025,[3] and a Second Amended Complaint on October 3, 2025.[4]

4. Defendants have identified ARPs No. DCI-2024-424, DCI-2024-468 and DCI-2024-926 submitted through the Dixon Correctional Institute grievance system in connection with Plaintiff's allegations set forth herein. [5]

5. In connection with ARP No. DCI-2024-424, Plaintiff's first step response was issued on June 18, 2025, and a final step response was issued on August 26, 2025.[6]

6. In connection with ARP No. DCI-2024-468, Plaintiff's first step response was issued on July 29, 2025, and a final step response was issued on September 26, 2025. [7]

7. In connection with ARP No. DCI-2024-926, Plaintiff's first step response was issued on September 9, 2025, and a final step response was issued on November 21, 2025. [8]

8. Plaintiff filed suit on March 24, 2025, prior to exhaustion of administrative remedies on August 26, 2025, September 26, 2025, and November 21, 2025. [9]

9. Administrative remedies must be exhausted prior to the filing of the complaint, and post filing exhaustion will not satisfy §1997e(a).[10]

The above facts are undisputed and therefore present a proper subject for a motion for summary judgment in that there exists no genuine issue of material fact with regard to plaintiff's

---

[3] Rec. Doc. 12.
[4] Rec. Doc. 36.1.
[5] See Exhibits A, ARP No. DCI-2024-424; B, ARP No. DCI-2024-468 & C, ARP No. DCI-2024-926.
[6] See Exhibit A, ARP No. DCI-2024-424.
[7] See Exhibit B, ARP No. DCI-2024-468.
[8] See Exhibit C, ARP No. DCI-2024-926.
[9] Rec. Doc. 1-3. (Civil Action No. C-48571, Section "A").
[10] *McNeil v. United States*, 508 U.S. 106, 113 S.Ct. 1980 (1993); *Patterson v. Stanley*, 547 Fed.Appx. 510, 512 (5th Cir. 2013).

failure to exhaust administrative remedies on the claims raised in this present lawsuit. Therefore, the Defendants are entitled to summary judgment as a matter of law.

Respectfully submitted,
**LIZ MURRILL**
**ATTORNEY GENERAL**

By: *_/s/ Matthew P. Roth_*
Matthew P. Roth (# 37527)
Assistant Attorney General
**Louisiana Department of Justice**
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
(225) 326-6300 Telephone
(225) 326-6490 Facsimile
Email: RothM@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing was served upon represented parties by email through the Court's CM/ECF system and that a copy of the foregoing was served on Plaintiff's counsel by depositing same in the United States mail, properly addressed and first-class postage prepaid, on May 15, 2026.

The Stephens Law Firm, LLC
Willie Stephens Jr. (36281)
11940 Bricksome Ave., Suite D
Baton Rouge, Louisiana 70816

*_/s/ Matthew P. Roth_*
Matthew P. Roth