DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
DIXON CORRECTIONAL INSTITUTE

JEFF M. LANDRY
GOVERNOR

GARY E. WESTCOTT
SECRETARY

CERTIFICATION OF RECORDS
*********************************

Date: March 10, 2026

To: Office of Attorney General Liz Murrill

From: Dixon Correctional Institute
Molly Maxwell

RE: Tristen Lamons (#501817) v. Mgst Thompson, et al
ARP

To Whom It May Concern:

The attached are true certified copies of Administrative Remedy Procedure #DCI-2024-424. This file was prepared by an administrative personnel designated by the Warden, whose responsibility is to provide the requested documents from Dixon Correctional Institute.

3·10·26
Date

Molly G. Maxwell
Molly G. Maxwell

Ashley Bradley
Ashley Bradley
#60357
Ex-Officio Notary
Dept. of Public Safety
&Correction

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: DCI-2024-424
EVACUEE:

DOC #: 501817 BACKLOG:
LAST NAME: LAMONS FIRST NAME: TRISTEN
RECORD TYPE: A SUBJECT CODE: 0706 - SEXUAL HARASSMENT/BY STAFF
INCIDENT DATE: 3/24/2024 SUBJECT TYPE : PREA

| | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 04/04/2024 | 04/04/2024 | 06/18/2025 | 02-Denied |
| STEP 2: | 07/07/2025 | 07/07/2025 | | |

COMPLAINT: DENIED-SEXUAL HARASSMENT/BY STAFF
IF REJECTED REASON:

04/04/2024

04/04/2024

MAR/25/2024 01:40 PM_96385_0300247000_74135

DCI - 2024-424

0705 Harassment

DIXON CORRECTIONAL INSTITUTE
5568 Hwy. 68
Jackson, Louisiana 70748

RECEIVED
APR 04 2024
DEPUTY WARDEN

THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Tristen Lamons
OFFENDER'S NAME

501817 3
D.O.C NUMBER DORM

paint crew
JOB ASSIGNMENT

ACCEPTED
APR 04 2024
D.C.I. WARDEN'S OFFICE
ADMINISTRATIVE REMEDY PROCEDURE

3-24-2024
DATE OF INCIDENT

3and4 bathroom and rec room A
PLACE OF INCIDENT

8:00pm and 9:45pm
TIME OF INCIDENT

******************************************************************************

DESCRIBE THE NATURE OF YOUR COMPLAINT FACTS / WHO / WHAT / WHEN / WHERE / HOW

3-24-2024 msgt Octavia Thompson between 8:00pm and 9:45pm walked unannouced all the way to the back of 3and4 bathroom looked over brick barrier where first toilet is not urinal and stated damn yo dick is little and walked out. I kept urinating then captain Travis Battise walks in not to long after her and says nothing and walked out. I then finish urinating walk out bathroom and start walking to majors office through rec room A. Captain Battise calls me stops me in rec room A and asks me whats wrong in rec room A. I tell him I'm tired of these women playing with grown men like children and I'm going to majors office. He says wait I agree with you but please don't report her its been alot going on and they have a job to do please don't do it. Please do me that favor I say ok. So I go lay in my bed 15 to 30 mins later LT. Haynes comes to dorm handcuffs me and puts me in cage

RELIEF REQUESTED

Review Bathroom 3and4 and rec room A camera's Remove msgt Octavia Thompson from working Dorm 3and4 3and4 and 1and2 dorms with supension or termination also monatary damage for humilation and sexual misconduct

I AM REQUESTING THAT THIS FORM BE USED TO ENTER MY COMPLAINT INTO THE ADMINISTRATIVE REMEDY PROCEDURE

ADDRESS TO WARDEN'S OFFICE Tristen Lamons 501817 3
OFFENDER'S NAME D.O.C. NUMBER DORM

Exhibit A
ARP DCI-2024-424
000003

SEP/13/2023 04:18 PM_202550_0300247000_46876

CASE NUMBER: DCI-2024-424

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: LAMONS, TRISTEN 501817

Unit 2, Preventative Segregation
Living Quarters

Response to request dated 3/24/2024, received in this office on 04/04/2024

Your request for administrative remedy has been examined. In your request, you allege that on March 24, 2024, M/Sgt. Octavia Thompson entered Dorm 3 and 4 bathroom, looked over the barrier wall at your private parts and made an inappropriate sexual comment about your size. You claim that while on your way to the Major's office to report this incident you came in contact with Captain Battiste in Rec Room A, who asked you what was wrong. Upon telling Captain Battiste about the alleged incident, you claim that he asked you not to report the incident. You state that afterward, you went back to your bed and within 15 to 30 minutes, Lt. Haynes arrived, handcuffed you, and placed you in segregation. As relief, you request a review of cameras, termination of M/Sgt. Thompson, and monetary compensation.

On the date of this alleged incident, you were written up for Disciplinary Rule #3 Defiance, and Rule #5 Aggravated Disobedience. You were found with another inmate in the bathroom of Dorm 3 & 4 smoking a hand rolled cigarette. You were given a direct order by M/Sgt. Thompson to put the cigarette out and exit the bathroom. You refused all orders and cursed the officer, threatening to expose your privates to her. You then threatened the officer that you would "call PREA on her." The Disciplinary Report was heard in court on March 25, 2024, and you pleaded guilty to the charges.

This matter was investigated by DCI Investigations. All parties involved were interviewed. M/Sgt. Thompson denied your accusations. Captain Battiste also advised that he has no knowledge of this incident or speaking to you in Rec Room A as you have alleged. The recording of the Disciplinary Court proceeding was listened to wherein you verbally admitted to the Disciplinary Rule Violations referenced above. DCI Investigations concluded the matter to be unsubstantiated.

After a thorough investigation, there is no evidence to corroborate your claim. Your request for administrative remedy is, therefore, denied.

Prepared by: ____________________
Jade Babineaux, PREA Compliance Manager

6-18-25
Date

Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ) I am not satisfied with this response and wish to proceed to Step Two.

Reason:

Date

Offender's Signature DOC#

DCI - 2024-424

MAR/25/2024 01:40 PM 05385 0300247000 74135

0705 Harassment

DIXON CORRECTIONAL INSTITUTE
5568 Hwy. 68
Jackson, Louisiana 70748

RECEIVED
APR 04 2024
DEPUTY WARDEN

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

Tristen Lamons
OFFENDER'S NAME

3-24-2024
DATE OF INCIDENT

ACCEPTED
APR 04 2024
D.C.I. WARDEN'S OFFICE
ADMINISTRATIVE REMEDY PROCEDURE

501817 3
D.O.C NUMBER DORM

3 and 4 bathroom and rec room A
PLACE OF INCIDENT

paint crew
JOB ASSIGNMENT

8:00pm and 9:45pm
TIME OF INCIDENT

*************************************************************************

**DESCRIBE THE NATURE OF YOUR COMPLAINT FACTS / WHO / WHAT / WHEN / WHERE / HOW**

3-24-2024 msgt Octavia Thompson between 8:00pm and 9:45pm walked unannouced all the way to the back of 3 and 4 bathroom looked over brick barrier where first toilet is not urinal and stated damn yo dick is little and walked out. I kept urinating then captain Travis Battise walks in not to long after her and says nothing and walked out. I then finish urinating walk out bathroom and start walking to majors office through rec room A. Captain Battise calls me stops me in rec room A and asks me whats wrong in rec room A. I tell him I'm tired of these women playing with grown men like children and I'm going to majors office. He says wait I agree with you but please don't report her its been alot going on and they have a job to do please don't do it. Please do me that favor I say ok. So I go lay in my bed 15 to 30 mins later LT Haynes Comes to dorm handcuffs me and puts me in cage

**RELIEF REQUESTED**

Review Bathroom 3 and 4 and rec room A camera's Remove msgt Octavia Thompson from working Dorm 3 and 4 3 and 4 and 1 and 2 dorms with supension or termination also monatary damage for humilation and sexual misconduct

I AM REQUESTING THAT THIS FORM BE USED TO ENTER MY COMPLAINT INTO THE ADMINISTRATIVE REMEDY PROCEDURE

ADDRESS TO WARDEN'S OFFICE Tristen Lamons 501817 3
OFFENDER'S NAME D.O.C. NUMBER DORM

SEP/13/2023 04:18 PM_202550_0300247000_46876

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DCI-2024-424

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: LAMONS, TRISTEN 501817
Offender Name and Number

DCI
Living Unit

Received in this Office on 07/07/2025:

Your request for an administrative review of ARP# DCI-2024-424 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered and investigated by the DCI Investigative Services staff. The DCI Investigative Services staff's findings were clear and concise, where your allegations were found to be unsubstantiated. There is no reason to doubt the credibility of said findings. No further investigation is warranted. In your request to proceed to step two you claim you called the hotline; you inquire if anyone viewed the camera footage or completed an investigation. Lastly, you claim you never admitted to anything and your hearing was biased. These claims have no merit. Whether or not you called the hotline has no bearing as the DCI Investigative Services staff investigated your allegation and reported their findings. When the staff investigates claims, if camera footage is available, it will be viewed and their findings would be included in their report. A review of the disciplinary hearing database revealed that you pled guilty to the disciplinary report in question. There was no evidence found to support your claim you received a biased hearing. If you did not agree with the decision of the Disciplinary Board, your next recourse was to file a disciplinary appeal. There is nothing else that can be added to make this issue any clearer.

Your request for relief is denied.

8-26-25
Date

[signature]
Secretary's Signature or His Designee